```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                    -v-                                      :
                                                             :
                                                             :
    OSIRIS SUAREZ, and                                       :
    CHRISTOPHER ESPINAL                                      :
                                                             :
                                    Defendants.              :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2023

S4 1:22-cr-522-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Osiris Suarez, and defendant Christopher Espinal on October 30, 2023 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 26, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge