# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

LOUIS M. FREEMAN  
THOMAS H. NOOTER  
LEE A. GINSBERG  
————

NADJIA LIMANI  
OF COUNSEL  
————

CHARLENE RAMOS  
OFFICE MANAGER

75 MAIDEN LANE  
SUITE 907  
NEW YORK, N.Y. 10038  
————

(212) 608-0808  
TELECOPIER (212) 962-9696  
E-MAIL: FNGLAW@AOL.COM

**MEMORANDUM ENDORSED**     September 13, 2024

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 9/13/2024

Honorable Gregory H. Woods  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

**Re: United States v. Osiris Suarez**  
**22 Cr. 522 (GHW)**

Dear Judge Woods:

     Osiris Suarez is scheduled to be sentenced before Your Honor on September 26, 2024. Pursuant to your Individual Rules my sentencing submission is due two weeks prior to that date, which would have been September 12, 2024. However, the parties have not yet received the final PSR, including the probation department's sentencing recommendation. Therefore, so that we have the report in sufficient time to review the recommendation and comment upon it, if desired, in our sentencing submission, I respectfully request a two-week adjournment of the sentencing date. October 10, 2024 or October 15, 2024 are acceptable dates, or a date two weeks or more after the original sentencing date, that is convenient to the court. The government has no objection to this request.

     A letter seeking this relief was filed on ECF on September 11, 2024. However, no action on that request appears on the docket sheet. Thank you for your consideration.

Application granted. The sentencing hearing previously scheduled for September 12, 2024 will now take place on October 15, 2024 at 2:00 p.m. The defendant's sentencing submissions are due no later than October 1, 2024; the Government's sentencing submissions are due no later than October 8, 2024.
The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 484 and 488.
SO ORDERED.
Dated: September 13, 2024
New York, NY

Respectfully,

/S/ Lee Ginsberg  
Lee Ginsberg

_____  
GREGORY H. WOODS  
United States District Judge